EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Extensión de términos por motivo de concesión de los días 2 abril, 31 de julio, 20 y 27 de noviembre, 24 de diciembre de 2015 y el 5 de enero de 2016 | 2015 TSPR 28<br><br>192 DPR ____ |

Número del Caso: EM-2015-01

Fecha: 24 de marzo de 2015

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Extensión de términos por motivo de concesión de los días 2 de abril, 31 de julio, 20 y 27 de noviembre, 24 de diciembre de 2015 y el 5 de enero de 2016

EM-2015-01

RESOLUCIÓN

En San Juan, Puerto Rico, a 24 de marzo de 2015.

La Jueza Presidenta, Hon. Liana Fiol Matta, emitió la Orden Administrativa OAJP-2015-038 para extender la vigencia de la Orden Administrativa OAJP-2014-006 sobre medidas de control de gastos, hasta el 30 de junio de 2017. Como parte de estas medidas se emitió, además, la Orden Administrativa OAJP-2015-039 para decretar el <u>cierre total</u> de los tribunales en las siguientes fechas:

2 de abril de 2015
31 de julio de 2015
20 y 27 de noviembre de 2015
la mañana del 24 de diciembre de 2015
5 de enero de 2016

En virtud de nuestra facultad para reglamentar los procedimientos judiciales, se dispone que al computar los términos establecidos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73, y se considerarán dichos días como días feriados. Cualquier término a vencer durante esos días, se extenderá hasta el próximo día laborable de cada fecha.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco y los Jueces Asociados señor Kolthoff Caraballo, señor Rivera García y señor Estrella Martínez hacen constar las siguientes expresiones: "Una vez adoptada la medida administrativa de decretar el cierre total de los tribunales, estoy conforme con la acción consecuente de extender los términos correspondientes. Oponerse a esta extensión conllevaría limitar aún más los servicios y el acceso de la ciudadanía a presentar oportunamente sus reclamos. Ahora bien, resulta imperativo reiterar las alternativas descartadas contenidas en los respectivos Votos Disidentes emitidos en la Resolución ER-2015-1 y ER-2015-2, que como cuestión de hecho generarían ahorros mucho más sustanciales que las medidas adoptadas al presente y que continúan atentando contra el acceso a la justicia".


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo